**United States Bankruptcy Court**
**Eastern District of Virginia**
600 Granby St., Room 400
Norfolk, VA 23510

          Case Number   13−72251−SCS
          Chapter   7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Satrina Yvette Artis−Watkins
   113 Poplar Grove Crescent
   Suffolk, VA 23434

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−0539

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor:  NA

### NOTICE OF NEED TO FILE PROOF OF CLAIM

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, the trustee has advised that there are assets from which a distribution may be paid.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address above by the following deadlines:

**Deadline to File a Proof of Claim**

| For all creditors (except a governmental unit): | For a governmental unit: |
|---|---|
| **October 25, 2013** | **December 13, 2013** |

A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. It may be filed by regular mail with the court at the above address. If you wish to receive proof of its receipt by the Bankruptcy Court, enclose photocopy of the proof of claim together with a stamped, self−addressed envelope. Any attachment to the claim must be on 8 1/2" x 11" paper.

There is no fee for filing the proof of claim

**Any creditor who already has filed a proof of claim need not file another proof of claim.**

Dated:   July 25, 2013                                                                  For the Court,

[VAN004vOct2011.jsp]                                              William C. Redden, Clerk
                                                                         United States Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                      Case No. 13-72251-SCS
Satrina Yvette Artis-Watkins                                Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-8         User: williamsp          Page 1 of 2          Date Rcvd: Jul 25, 2013
                             Form ID: VAN004          Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2013.
```
db          +Satrina Yvette Artis-Watkins,    113 Poplar Grove Crescent,    Suffolk, VA 23434-8088
11844247    +CCB Credit Service,    P.O. Box 272,   Springfield, IL 62705-0272
11844249     Fingerhut,   P.O. Box 166,    Newark, NJ 07101-0166
11844251    +First Virginia Financial Srvcs,    1201 North Main Street,    Suffolk, VA 23434-4356
11844252    +Ginny's,   1112 7th Ave,    Monroe, WI 53566-1364
11844254     Massey,   P.O. Box 2822,    Monroe, WI 53566-8022
11844255    +Merchant's Credit,    223 W. Jackson Blvd, Ste 400,    Chicago, IL 60606-6974
11844257    +One Main Financial,    1447 North Main Street,    Suffolk, VA 23434-4352
11844258    +Professional Recovery Consult,    2700 Meridian Pkwy, Ste 200,    Durham, NC 27713-2450
11844259    +Tribute,   P.O. Box 790188,    St. Louis, MO 63179-0188
11844261    +United Consumer Financial Svc,    865 Bassett Road,    Westlake, OH 44145-1194
11844262    +VHDA,   601 S. Belvedere St,    Richmond, VA 23220-6504
11844263    +Walden University,    Bursar's Office,    1001 Fleet St, 4th Flr,    Baltimore, MD 21202-4350
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
11844245    +EDI: RMSC.COM Jul 26 2013 02:03:00     Belk,   P.O. Box 530940,   Atlanta, GA 30353-0940
11844246    +E-mail/Text: bankruptcy@cffinance.com Jul 26 2013 02:39:03     C&F Finance,   P.O. Box 2129,
              Richmond, VA 23218-2129
11881632    +EDI: BASSASSOC.COM Jul 26 2013 02:03:00     Capital One, N.A.,    c/o Bass & Associates, P.C.,
              3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
11844248     EDI: WFNNB.COM Jul 26 2013 02:03:00     Comenity Bank,   P.O. Box 659728,
              San Antonio, TX 78265-9728
11844250    +EDI: AMINFOFP.COM Jul 26 2013 02:03:00     First Premier Bank,   601 S. Minnesota Ave,
              Sioux Falls, SD 57104-4868
11844253     EDI: RMSC.COM Jul 26 2013 02:03:00     J.C. Penney,    P.O. Box 981133,   El Paso, TX 79998-1133
11844256     EDI: MERRICKBANK.COM Jul 26 2013 02:03:00     Merrick Bank,    P.O. Box 30537,
              Tampa, FL 33630-3537
11881633    +EDI: BASSASSOC.COM Jul 26 2013 02:03:00     United Consumer Financial Serv,
              Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
                                                                                              TOTAL: 8
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11844260     Tyrone Watkins
cr*         +United Consumer Financial Serv.,    Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,
              Tucson, AZ 85712-1083
                                                                                 TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 27, 2013**                **Signature:**    *Joseph Speetjens*

```
District/off: 0422-8          User: williamsp              Page 2 of 2              Date Rcvd: Jul 25, 2013
                              Form ID: VAN004              Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2013 at the address(es) listed below:

```
          John C. McLemore    on behalf of Trustee John C. McLemore ch7trustee@verizon.net;,
           VA36@ecfcbis.com;regina_ch7@verizon.net
          John C. McLemore   ch7trustee@verizon.net;,  VA36@ecfcbis.com;regina_ch7@verizon.net
          Patti H. Bass   on behalf of Creditor    United Consumer Financial Serv. ecf@bass-associates.com
          Steve C. Taylor   on behalf of Debtor Satrina Yvette Artis-Watkins
           bankruptcyattorney@call54legal.com,  bkparalegal@call54legal.com
                                                                                             TOTAL: 4
```